UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| STACIE M. NANCE, | ) | |
| (Social Security No. XXX-XX-3201), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10-cv-140-WGH-RLY |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT ENTRY

The final decision of the Commissioner in this case is **AFFIRMED.** The

plaintiff's Complaint is **DISMISSED.** Each party shall bear its own costs.


**Entered:** June 28, 2011

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana


**Electronic copies to:**

Lane C. Siesky
SIESKY LAW FIRM, PC
lane@sieskylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov